IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BAYLOR, JR., | 1:07-CV-0607 LJO NEW (DLB) PC |
| Plaintiff, | |
| | ORDER TO SUBMIT NEW |
| | APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS **OR** |
| | PAY FILING FEE |
| P. L. VAZQUEZ, Warden, | |
| Defendant. | |
| _____/ | |

     Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2007, plaintiff filed his complaint while housed at Wasco State Prison, Wasco, California. Plaintiff also submitted an application to proceed in forma pauperis by a prisoner pursuant to 28 U.S.C. § 1915. On April 27, 2007, plaintiff filed a notice of change of address, indicating that he was released from custody. Due to his release, the court requires that plaintiff file a new application to proceed in forma pauperis **by a non-prisoner** or pay the $350.00 filing fee.

     Accordingly, IT IS HEREBY ORDERED that:

     1.    The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **by a non-prisoner;**

     2.    Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis **by a non-prisoner**, or in the alternative,

pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  **May 30, 2007**                    **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

2