UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BAYLOR, JR., | 1:07-cv-00607-LJO-GSA-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 8) |
| vs. | **ORDER DISMISSING ACTION** |
| P.L. VASQUEZ, Warden, | |
| Defendant. | |

Plaintiff, Richard Baylor, Jr. ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 17, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | <u>de novo</u> review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendation to
5 | be supported by the record and by proper analysis.
6 |     Accordingly, IT IS HEREBY ORDERED that:
7 |     1.  The Findings and Recommendation, filed September 17,
8 | 2007, are ADOPTED IN FULL; and,
9 |     2.  This action is DISMISSED based on plaintiff's failure
10 | to obey the court's order of May 30, 2007.
11 | IT IS SO ORDERED.
12 | **Dated:   November 28, 2007**         /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE